IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Michael P. Dolbec | ) | Case No. 25-30154 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Beacon Sales Acquisitions, Inc. | ) | |
| | ) | Adv. Case No. 25-07022 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Michael P. Dolbec | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CASE

Upon consideration of the Motion to Dismiss (the "Motion") filed by Michael P. Dolbec, any opposition thereto, the authorities set forth therein, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of North Dakota, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE.

_____
Hon. Shon Hastings, Judge
United States Bankruptcy Court