UNITED STATES BANKRUPTCY COURT
DISTRICT COURT OF NORTH DAKOTA

\* \* \* \* \*

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30154 |
| | ) | |
| | ) | Chapter 7 |
| Michael P. Dolbec | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Beacon Sales Acquisitions, Inc. | ) | Adversary Proceeding No. 25-07022 |
| | ) | |
| Plaintiff. | ) | |
| vs. | ) | |
| Michael P. Dolbec | ) | |
| Defendant | ) | |

**STIPULATION FOR EXTENSION OF DEADLINE TO REPLY TO MOTION TO DISMISS**

1.0   This Stipulation is entered into between the Debtor and Defendant, Michael P. Dolbec ("Dolbec"), by and through his attorney of record, Maurice B. VerStandig, and Beacon Sales Acquisitions, Inc. Whereas, Mr. Dolbec filed a motion to dismiss pursuant to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6) as Docket No. 6. Whereas, Beacon Sales and Acquisitions seeks an extension to respond to said motion until September 24, 2025. Good Cause exists for granting this extension, as attorney Quarne is also in the process of preparing an Appellate Brief with the North Dakota Supreme Court, and also has been tied up with other personal matters necessitating additional time to complete Beacon's response.

2.0   Now therefore, it is hereby stipulated that the parties agree that Beacon shall be allowed an extension until September 24, 2025 to file and serve its response to Mr. Dolbec's motion.

Dated this 10th day of September, 2025

OLSON & BURNS P.C.

/s/Ryan G. Quarne
Ryan G. Quarne (ID #07618)
Attorney for Plaintiff
17 First Avenue SE
P.O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
rgquarne@minotlaw.com

Dated this 10th day of September, 2025

                                        The Dakota Bankruptcy Firm

                                        <u>/s/Maurice B. VerStandig</u>
                                        Maurice B. VerStandig, Esq.
                                        The Dakota Bankruptcy Firm
                                        1630 1st Avenue N
                                        Suite B PMB 24
                                        Fargo, North Dakota 58102-4246
                                        Phone: (701) 394-3215
                                        mac@dakotabankruptcy.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served electronically upon filing via the ECF system on this 10th day of September, 2025.

OLSON & BURNS P.C.

/s/Ryan G. Quarne
Ryan G. Quarne (ID #07618)
Attorney for Plaintiff
17 First Avenue SE
P.O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
rgquarne@minotlaw.com