UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30154 |
| Michael P. Dolbec, | Chapter 7 |
| Debtor. | |
| Beacon Sales Acquisitions, Inc., | |
| Plaintiff, | |
| v. | Adversary No. 25-7022 |
| Michael P. Dolbec, | |
| Defendant. | |

**ORDER**

On July 18, 2025, Plaintiff Beacon Sales Acquisitions, Inc. filed a Complaint seeking a determination that the debt that Debtor/Defendant Michael P. Dolbec owes it is excepted from discharge under 11 U.S.C. § 523(a)(2) and (6). Doc. 1. Debtor filed a Motion to Dismiss the adversary proceeding on August 20, 2025. Doc. 6. Plaintiff Beacon Sales Acquisitions opposed the Motion to Dismiss. Doc. 11. Additionally, Beacon Sales Acquisitions filed a Motion to Amend Complaint on September 24, 2025. Doc. 10. Debtor did not object to the Motion to Amend.

Federal Rule of Civil Procedure 15(a)(2) provides that a court shall freely give leave to amend a complaint "when justice so requires." Absent a good reason to deny the motion, leave to amend should be granted. See Popp Telcom v. Am. Sharecom, Inc., 210 F.3d 928, 943 (8th Cir. 2000). Upon review of the Motion to Amend Complaint and other pleadings filed in this adversary proceeding, the Court sees no evidence of

bad faith or dilatory motive.  Beacon Sales Acquisitions seeks to amend its complaint very early in this case causing no prejudice to Debtor/Defendant.  Accordingly, the Court finds cause for granting the Motion to Amend.  It is **ORDERED** that Beacon's Motion to Amend Complaint is **GRANTED.**

Having granted Beacon Sales Acquisitions Motion to Amend, the Amended Complaint renders moot Debtor's Motion to Dismiss.  See Pure Country, Inc. v. Sigma Chi Fraternity, 312 F.3d 952, 956 (8th Cir. 2002) ("[Plaintiff's] motion to amend the complaint rendered moot [defendant's] motion to dismiss the original complaint."). Therefore, IT IS **ORDERED** that Debtor's Motion to Dismiss is **DENIED** because it is moot.

Dated: October 24, 2025.

Shon Hastings, Judge
United States Bankruptcy Court