## UNITED STATES BANKRUPTCY COURT
## DISTRICT COURT OF NORTH DAKOTA

* * * * *

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30154 |
| | ) | |
| | ) | (Chapter 7) |
| Michael P. Dolbec | ) | |
| | ) | |
| _____Debtor._____ | ) | |
| Beacon Sales Acquisitions, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 25-07022 |
| | ) | |
| v. | ) | |
| | ) | |
| Michael P. Dolbec | ) | |
| | ) | |
| Defendant. | ) | |

---

**AMENDED COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT**

**(11 U.S.C.§§ 523(A)(2) AND 523(A)(6))**

---

Pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule") 4007, and 11 U.S.C.§§ 523(a)(2)(A) and 523(a)(6), Plaintiff Beacon Sales Acquisitions, Inc., ("Beacon") by and through its undersigned counsel, brings this action against Michael P. Dolbec (the "Debtor" or "Dolbec"), and alleges upon information and belief as follows:

## JURISDICTION AND VENUE

1. Beacon brings this action pursuant to 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(6) on the grounds that Beacon's claim against the Debtor is nondischargeable for the reasons set forth herein.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334(b). This is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (I), and (O).

3. Venue is proper in this district under 28 U.S.C. § 1409.

## PARTIES

4. Beacon Sales Acquisitions, Inc. is a Virginia corporation with its principal place of business at 505 Huntmar Park Dr., Suite 300, Herndon, VA.

5. Debtor Michael P. Dolbec is an individual who resides in Turtle Lake, ND, and whose address is 503 Greenfield Ln, Bismarck, ND 58503.

6. Debtor Dolbec was at all relevant times the owner, officer, principal of, and directed, controlled, managed, participated in, or supervised the activities of, or in the course of his business, vocation, or occupation, engaged in the business and transactions of an entity known as Windsong Contracting, LLC.

## GENERAL ALLEGATIONS

7. Plaintiff Beacon Sales Acquisitions, Inc. ("Beacon") is in the business of supplying building materials to contractors and individuals to complete construction projects.

8.  Windsong Contracting, LLC ("Windsong"), is an entity, to Beacon's knowledge, that constructs buildings such as residential homes in the State of North Dakota.

9.  On or about April 22, 2022 Beacon and Windsong entered into a Credit Application and Business Credit Agreement whereby Beacon agreed to allow Windsong to purchase various construction materials on credit at its facilities.

10. In order to induce Beacon to provide materials pursuant to said agreement, Michael Dolbec entered into a personal guaranty for the indebtedness of Windsong.

11. That throughout the course of its business relationship, Windsong purchased construction materials from Beacon having good and considerable value in the amount of $231,501.29.

12. Plaintiff provided invoices to Windsong through its principal – Debtor Dolbec.

13. Plaintiff has not been paid for the materials that Windsong ordered for Windsong's construction projects, despite repeated demands.

14. In February of 2024, Beacon served notices of intent to file construction liens with respect to various projects of Windsong, wherein Beacon had supplied materials.

15. In response, Dolbec and Windsong provided communications through counsel that owners of the properties had received valid lien waivers, and further had made payment in full – frustrating Beacon's lien rights. True and correct copies of the letter from Dolbec's attorney are attached as Exhibit A. True and correct copies of the lien waivers provided therein are attached as Exhibit B.

16. On information and belief, similar lien waivers were sent to owners with respect to all supplies provided by Beacon for Windsong's projects.

17. Said lien waivers provided that suppliers and subcontractors of Windsong had been paid in full.

18. At least as to Beacon, it had not been paid in any amount, and Dolbec was well aware of this fact. Dolbec, through counsel, made materially false statements to Beacon that valid and enforceable lien waivers had been provided to home owners, and payment in full on supplies provided by Beacon had been made. Beacon relied on these statements in not proceeding with lien enforcement.

19. Windsong, through Dolbec made materially false and misleading statements to property owners that contractors would be paid, or were paid, and thereby induced property owners to make payment to Windsong, and therefore Dolbec, in frustration of Beacon's right to payment on said materials. Dolbec, through his entity utilized payments due and owing for the materials provided by Beacon in a manner that did not result in payment to Beacon.

20. Dolbec proceeded in this manner for the purpose of obtaining and retaining funds for his own personal use, as opposed to Windsong making payment to Beacon and other creditors on materials that were purchased for various construction projects.

21. Dolbec subsequently filed for chapter 7 bankruptcy relief in Case No. 25-30154, seeking to avoid his personal obligations despite the fraudulent nature of his transactions with Beacon.

## FIRST CLAIM FOR RELIEF

### (NON-DISCHARGEABILITY UNDER 11 U.S.C. § 523(a)(2)(A))

22. The allegations made in paragraphs 1-21 above are incorporated by reference as if fully set forth herein.

Bankruptcy Code § 523(a)(2)(A) provides, in relevant part, that:

> (a) A discharge under section 727, 1141, 1228(a), 1228(b) or 1328(b) of this title does not discharge an individual debtor from any debt ----
>
> (2) for money, property, services, or an extension, renewal, or refinancing of credit, to the extent obtained by ---
>
> (A) false pretenses, a false representation or actual fraud, other than a statement respecting the debtor's or an insider's financial condition.....

23. All or part of the debt owed to Beacon is non-dischargeable as it is a debt for money, property, services, or an extension, renewal, or refinancing of credit, that was obtained by false pretenses, false representations and/or actual fraud within the meaning of Bankruptcy Code § 523(a)(2)(A). Dolbec, by and through the entity he owned and operated in his sole capacity, obtained money under false pretenses, representations, or actual fraud by virtue of representing to property owners that subcontractors were paid in full, and said money is due and owing to Beacon.

24. Beacon also relied on Dolbec's statements that valid lien waivers had been provided to property owners, and that payment in full had been made, to Beacon's detriment.

25. Beacon sustained a loss as a result due to Dolbec's fraudulent receipt and retention of funds due and owing to Beacon, and further its lien rights were impaired improperly as said property owners would not have paid Dolbec in full if they were aware subcontractors were not being paid.

## SECOND CLAIM FOR RELIEF

### (NON-DISCHARGEABILTY UNDER 11 U.S.C. § 523(a)(6))

26. The allegations made in paragraphs 1-25 above are incorporated by reference as if fully set forth herein.

Bankruptcy Code § 523(a)(6) provides, in relevant part, that:

> A discharge under section 727, 1141 1228(a), 1228(b) or 1328(b) of
> this title does not discharge an individual debtor from any debt ----
> ......
>
> (6) for willful and malicious injury by the debtor to another entity or
> to the property of another entity....

27. Dolbec deliberately made false and malicious statements by and through counsel, that
valid lien waivers had been provided and payment had been made in full by property
owners, which impaired Beacon's property rights. Dolbec did so with direct
intentions to injure Beacon and benefit himself through payment for goods provided
by Beacon. Dolbec also made deliberately fraudulent and misleading statements to
property owners that "all materials furnished by the undersigned has been paid for,
and all subcontractors employed by the undersigned have been paid in full", and that
supplies were or would be paid for. Any payment received by Dolbec for said
supplies was obtained by fraud, and is in fact the property of Beacon.

28. Accordingly, all or part of the debt owed to Beacon, is non-dischargeable as it is a
debt for willful and malicious injury caused by Dolbec within the meaning of 11
U.S.C. § 523(a)(6).

## PRAYER FOR RELIEF

The allegations made in paragraphs 1-28 above are incorporated by reference as if fully
set forth herein.

Beacon respectfully requests this Court enter an order and judgment in favor of Beacon
and against the Defendant as follows:

    a.   Determining the entirety of the Beacon Claim is nondischargeable under 11
U.S.C. §§ 523(a)(2)(A) and 523(a)(6);

b.   Awarding all attorney's fees pursuant to statute and contract, costs, and

disbursements in pursuing this action;

c.   Allowing Beacon to assert different and additional claims as discovery and

further investigation warrant; and

d.   Further relief as this Court may deem equitable, just, and proper.

Dated this 24th day of September, 2025

OLSON & BURNS P.C.

Ryan G. Quarne (ID #07618)
Attorney for Plaintiff
17 First Avenue SE
P.O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
rgquarne@minotlaw.com



# KNOLL LEIBEL LLP
### ATTORNEYS AT LAW

March 1, 2023

Beacon Sales Acquisition, Inc.
c/o D'On Maroney
9800 13th Ave N
Plymouth, MN 55441

Beacon Sales Acquisition, Inc.
505 Huntmar Park Dr., Ste. 300
Herndon, VA 20170-5152

Corporate Service Company
Registered Agent to Beacon Sales
Acquisition, Inc.
418 N 2nd St.
Bismarck, ND 58501

RE:   **Intent to File Construction Lien**
      **OUR FILE:** ~~████████████~~

Dear Mr. Maroney:

My firm has been retained by Windsong Contracting, LLC ("Windsong") regarding a dispute between Windsong and Beacon Sales Acquisition, Inc. ("Beacon") regarding deficient materials supplied to Windsong by Beacon (the "Dispute").

I am in receipt of five (5) documents that inform certain homeowners of Beacon's intent to file a lien on their property related to this Dispute. Specifically, Christopher Clark; Paddlefish Partners II, LLLP; J3 Development Group LLC (two documents); and Windsong. Under North Dakota law, "[i]f the owner or agent has paid the full price or value of the contribution, no lien is allowed." N.D.C.C. § 35-27-02(2). In this matter, the owners of the property have paid to Windsong the full price or value of the contribution as it relates to the materials provided by Beacon. Further, these liens are not allowed under North Dakota law because each of these homeowners have been provided with a valid waiver of lien. N.D.C.C. § 35-27-02(3). The noticed liens are <u>not allowed</u> under North Dakota law.

Because these liens are not allowed under North Dakota law due to payment in full by the owners and valid lien waivers, if the liens have been recorded, I am hereby demanding that they immediately be released of record. In the event Beacon refuses to release the liens as requested, and the owners are forced to contest the validity of the liens, please be advised that the owners will be entitled to the full

---

**Michael S. Joyner, Attorney**
PO Box 858 · 1915 N. Kavaney Drive, Suite 3 · Bismarck, ND 58502-0858
Phone 701-255-2010 · Fax 701-255-1980 · Email michael@bismarck-attorneys.com · www.bismarck-attorneys.com



EXHIBIT
**A**

Beacon Sales Acquisition, Inc.
c/o D'On Maroney
March 1, 2024
Page 2 of 2

amount of all costs and reasonable attorney's fees incurred in contesting the liens.
*See* N.D.C.C. § 35-27-24.1.

On its face, this matter is a contract dispute between Windsong and Beacon and the owners should not be involved in any way. Windsong is claiming that Beacon has not adhered to the agreement between them by fixing or replacing the defective materials that Beacon provided upon timely notice by Windsong. Windsong is willing to discuss a potential resolution to this matter prior to involving the courts. If Beacon is willing to discuss this matter further to arrive at a potential resolution, please call me at 701-255-2010 to discuss this Dispute further. Otherwise, I look forward to confirmation that the liens have not been recorded. If the liens have been recorded, please confirm that they will be immediately released and provide to me the documentation showing that the liens have been released. Please be advised that all further communications regarding this Dispute are to go through my office and my client is not to be contacted directly for any purpose.

Thank you for your prompt attention to this letter.

Sincerely,

KNOLL LEIBEL, LLP

Michael S. Joyner
michael@bismarck-attorneys.com

MSJ:rmo



### RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:     WINDSONG CONTRACTING, LLC

Dated: 09/12/2023

The undersigned hereby acknowledges receipt of the sum of $12,400.00

CHECK ONE

1) _____x_____    As partial payment for labor, skill and material furnished

2) _____    As payment for all labor, skill and material furnished or to be
                   furnished or to be furnished (except the sum of $_____
                   retainage or holdback.

3) _____    As full and final payment for all labor, skill and material
                   furnished or to be furnished

to the following described real property: legal description, street address or project name)

5976 137th Ave NW                          WCE02-07
Williston, ND 58801                        Basement Draw #3

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if Item
2 is checked). The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By: _____

Title:   Owner





## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:    WINDSONG CONTRACTING, LLC

Dated:    10/20/23

The undersigned hereby acknowledges receipt of the sum of $14,792.70

CHECK ONE

1)    _____x_____    As partial payment for labor, skill and material furnished

2)    _____    As payment for all labor, skill and material furnished or to be
furnished or to be furnished (except the sum of $_____
retainage or holdback.

3)    _____    As full and final payment for all labor, skill and material
furnished or to be furnished

to the following described real property: legal description, street address or project name)

5976 137th Ave NW                               WCE02-07
Williston, ND 58801                             Draw #15

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:    _____

Title:    Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:        WINDSONG CONTRACTING, LLC

Dated: 07/18/2023

The undersigned hereby acknowledges receipt of the sum of $50,166.55

CHECK ONE

1)        ____x_____    As partial payment for labor, skill and material furnished

2)        _____    As payment for all labor, skill and material furnished or to be
furnished or to be furnished (except the sum of $_____
retainage or holdback.

3)        _____    As full and final payment for all labor, skill and material
furnished or to be furnished

to the following described real property: legal description, street address or project name)

5976 137th Ave NW                                    WCE02-07
Williston, ND 58801                                  Draw #6

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if Item 1 is checked, and except for retainage shown if Item
2 is checked). The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:        WINDSONG CONTRACTING, LLC

Dated: 12/22/2022

The undersigned hereby acknowledges receipt of the sum of $119,627.94

CHECK ONE

1)        ____x_____    As partial payment for labor, skill and material furnished

2)        _____    As payment for all labor, skill and material furnished or to be
                         furnished or to be furnished (except the sum of $_____
                         retainage or holdback.

3)        _____      As full and final payment for all labor, skill and material
                         furnished or to be furnished

to the following described real property: legal description, street address or project name)

5976 137th Ave NW                          WCE02-07
Williston, ND 58801                        Draw #3 (Advance)

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:

Title:   Owner



**RECEIPT AND WAIVER OF LIEN RIGHTS**

Vendor Name:     WINDSONG CONTRACTING, LLC

Dated: 10/04/2022

The undersigned hereby acknowledges receipt of the sum of $97,760.47

CHECK ONE

1)        ____x____        As partial payment for labor, skill and material furnished

2)        _____        As payment for all labor, skill and material furnished or to be
                             furnished  or  to  be  furnished  (except  the  sum  of  $_____
                             retainage or holdback.

3)        _____        As full and final payment for all labor, skill and material
                             furnished or to be furnished

to the following described real property: legal description, street address or project name)

IN PERMITTING                                          WCE02-07
Williston, ND 58801                                    Draw #1

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:      WINDSONG CONTRACTING, LLC

Dated:            12/06/23

The undersigned hereby acknowledges receipt of the sum of $26,061.41

CHECK ONE

1)       _____x____   As partial payment for labor, skill and material furnished

2)       _____   As payment for all labor, skill and material furnished or to be
furnished or to be furnished (except the sum of $_____
retainage or holdback.

3)       _____   As full and final payment for all labor, skill and material
furnished or to be furnished

to the following described real property: (legal description, street address or project name)

7104 13th Ave E                     Erickson - Jordan & Tara

Williston, ND 58801            Draw #17

And for value received hereby waives all rights acquired by the undersigned to file or record mechanic's liens against said real property for labor, skill or material furnished to said real property (only for the amount paid if Item 1 is checked, and except for retainage shown if Item 2 is checked). The undersigned affirms that all materials furnished by the undersigned has been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By: _____

Title:   Owner



**RECEIPT AND WAIVER OF LIEN RIGHTS**

Vendor Name:        WINDSONG CONTRACTING, LLC

Dated:              11/13/2023

The undersigned hereby acknowledges receipt of the sum of $16,200.33

CHECK ONE

1)        \_\_\_\_\_x\_\_\_\_   As partial payment for labor, skill and material furnished

2)        _____   As payment for all labor, skill and material furnished or to be
                     furnished or to be furnished (except the sum of $_____
                     retainage or holdback.

3)        _____   As full and final payment for all labor, skill and material
                     furnished or to be furnished

to the following described real property: (legal description, street address or project name)

7104 13th Ave E                          Erickson - Jordan & Tara
                                         Draw #14
Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or
record mechanic's liens against said real property for labor, skill or material furnished to
said real property (only for the amount paid if item 1 is checked, and except for retainage
shown if Item 2 is checked). The undersigned affirms that all materials furnished by the
undersigned has been paid for, and all subcontractors employed by the undersigned have been
paid in full.

ACCEPTED:

By:

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:        WINDSONG CONTRACTING, LLC

Dated: 08/04/2023

The undersigned hereby acknowledges receipt of the sum of $5,634.90

CHECK ONE

1)        _____x_____    As partial payment for labor, skill and material furnished

2)        _____    As payment for all labor, skill and material furnished or to be
                         furnished or to be furnished (except the sum of $_____
                         retainage or holdback.

3)        _____    As full and final payment for all labor, skill and material
                         furnished or to be furnished

to the following described real property: (legal description, street address or project name)

7104 13th Ave E                                    Erickson - Jordan & Tara

Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or
record mechanic's liens against said real property for labor, skill or material furnished to
said real property (only for the amount paid if Item 1 is checked, and except for retainage
shown if Item 2 is checked).   The undersigned affirms that all materials furnished by the
undersigned has been paid for, and all subcontractors employed by the undersigned have been
paid in full.

ACCEPTED:

By:   _____

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:      WINDSONG CONTRACTING, LLC

Dated: 08/18/2023

The undersigned hereby acknowledges receipt of the sum of $47,333.15

CHECK ONE

1)      _____x_____      As partial payment for labor, skill and material furnished

2)      _____      As payment for all labor, skill and material furnished or to be
                         furnished or to be furnished (except the sum of $_____
                         retainage or holdback.

3)      _____      As full and final payment for all labor, skill and material
                         furnished or to be furnished

to the following described real property: (legal description, street address or project name)

7104 13th Ave E                              Erickson - Jordan & Tara

Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or
record mechanic's liens against said real property for labor, skill or material furnished to
said real property (only for the amount paid if item 1 is checked, and except for retainage
shown if Item 2 is checked).   The undersigned affirms that all materials furnished by the
undersigned has been paid for, and all subcontractors employed by the undersigned have been
paid in full.

ACCEPTED:

By:

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:    WINDSONG CONTRACTING, LLC

Dated: 07/18/2023

The undersigned hereby acknowledges receipt of the sum of $20,285.64

CHECK ONE

1)    \_\_\_\_\_x\_\_\_\_    As partial payment for labor, skill and material furnished

2)    _____    As payment for all labor, skill and material furnished or to be
furnished or to be furnished (except the sum of $_____
retainage or holdback.

3)    _____    As full and final payment for all labor, skill and material
furnished or to be furnished

to the following described real property: (legal description, street address or project name)

7104 13th Ave E                    Erickson - Jordan & Tara

<u>Williston, ND 58801</u>

And for value received hereby waives all rights acquired by the undersigned to file or
record mechanic's liens against said real property for labor, skill or material furnished to
said real property (only for the amount paid if Item 1 is checked, and except for retainage
shown if Item 2 is checked). The undersigned affirms that all materials furnished by the
undersigned has been paid for, and all subcontractors employed by the undersigned have been
paid in full.

ACCEPTED:

By: _(signature)_

Title:    Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:      WINDSONG CONTRACTING, LLC

Dated: 04/11/2023

The undersigned hereby acknowledges receipt of the sum of $132,420.13

CHECK ONE

1)      _____x_____   As partial payment for labor, skill and material furnished

2)      _____   As payment for all labor, skill and material furnished or to be
                        furnished or to be furnished (except the sum of $_____
                        retainage or holdback.

3)      _____   As full and final payment for all labor, skill and material
                        furnished or to be furnished

to the following described real property: (legal description, street address or project name)

TBD                                              Erickson - Jordan & Tara

Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or
record mechanic's liens against said real property for labor, skill or material furnished to
said real property (only for the amount paid if item 1 is checked, and except for retainage
shown if Item 2 is checked).  The undersigned affirms that all materials furnished by the
undersigned has been paid for, and all subcontractors employed by the undersigned have been
paid in full.

ACCEPTED:

By:

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:      WINDSONG CONTRACTING, LLC

Dated:            01/26/24

The undersigned hereby acknowledges receipt of the sum of $58,715.45

CHECK ONE

1)      ____x_____   As partial payment for labor, skill and material furnished

2)      _____    As payment for all labor, skill and material furnished or to be
                      furnished or to be furnished (except the sum of $_____
                      retainage or holdback.

3)      _____    As full and final payment for all labor, skill and material
                      furnished or to be furnished

to the following described real property: (legal description, street address or project name)

4954 148th Ave NW                        Clark Draw #13
Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:        WINDSONG CONTRACTING, LLC

Dated:              11/22/23

The undersigned hereby acknowledges receipt of the sum of $30,672.25

CHECK ONE

1)      ____x_____   As partial payment for labor, skill and material furnished

2)      _____   As payment for all labor, skill and material furnished or to be
                       furnished or to be furnished (except the sum of $_____
                       retainage or holdback.

3)      _____   As full and final payment for all labor, skill and material
                       furnished or to be furnished

to the following described real property: (legal description, street address or project name)

4954 148th Ave NW                              Clark Draw #10
Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:  _____

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:      WINDSONG CONTRACTING, LLC

Dated: 10/20/23

The undersigned hereby acknowledges receipt of the sum of $24,537.80

CHECK ONE

1)       ____x_____   As partial payment for labor, skill and material furnished

2)       _____   As payment for all labor, skill and material furnished or to be
                      furnished or to be furnished (except the sum of $_____
                      retainage or holdback.

3)       _____   As full and final payment for all labor, skill and material
                      furnished or to be furnished

to the following described real property: (legal description, street address or project name)

4954 148th Ave NW                        Clark Draw #9
Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:  _____

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:       WINDSONG CONTRACTING, LLC

Dated: 10/17/23

The undersigned hereby acknowledges receipt of the sum of $7,010.80

CHECK ONE

1)      ____x_____   As partial payment for labor, skill and material furnished

2)      _____    As payment for all labor, skill and material furnished or to be
                      furnished or to be furnished (except the sum of $_____
                      retainage or holdback.

3)      _____    As full and final payment for all labor, skill and material
                      furnished or to be furnished

to the following described real property: (legal description, street address or project name)

4954 148th Ave NW                    Clark Draw #8
Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if item
2 is checked).   The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:      WINDSONG CONTRACTING, LLC

Dated: 10/17/23

The undersigned hereby acknowledges receipt of the sum of $52,581.00

CHECK ONE

1)      ____x_____   As partial payment for labor, skill and material furnished

2)      _____   As payment for all labor, skill and material furnished or to be
                     furnished or to be furnished (except the sum of $_____
                     retainage or holdback.

3)      _____   As full and final payment for all labor, skill and material
                     furnished or to be furnished

to the following described real property: (legal description, street address or project name)

4954 148th Ave NW                    Clark Draw #7
Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:      WINDSONG CONTRACTING, LLC

Dated: 06/30/2023

The undersigned hereby acknowledges receipt of the sum of $ 164,753.80

CHECK ONE

1)      ____x_____   As partial payment for labor, skill and material furnished

2)      _____   As payment for all labor, skill and material furnished or to be
                     furnished or to be furnished (except the sum of $_____
                     retainage or holdback.

3)      _____   As full and final payment for all labor, skill and material
                     furnished or to be furnished

to the following described real property: (legal description, street address or project name)

Lambert St                                  Clark Draw #1
Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:        WINDSONG CONTRACTING, LLC

Dated:                  12/19/23

The undersigned hereby acknowledges receipt of the sum of $30,310.40

CHECK ONE

1)        ___X_____      As partial payment for labor, skill and material furnished

2)        _____      As payment for all labor, skill and material furnished or to be
                        furnished or to be furnished (except the sum of $_____
                        retainage or holdback.

3)        _____        As full and final payment for all labor, skill and material
                        furnished or to be furnished

to the following described real                Colton Brostuen - Draw #10
property:
6705 Darby Lane
Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By: _____

Title:   Owner



### RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:     WINDSONG CONTRACTING, LLC

Dated: 09/22/2023

The undersigned hereby acknowledges receipt of the sum of $113,664.00

CHECK ONE

1)      ___x_____  As partial payment for labor, skill and material furnished

2)      _____   As payment for all labor, skill and material furnished or to be
                      furnished or to be furnished (except the sum of $_____
                      retainage or holdback.

3)      _____    As full and final payment for all labor, skill and material
                      furnished or to be furnished

to the following described real              Colton Brostuen - Draw #1
property:
6705 Darby Lane
Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if Item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By: _____

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:        WINDSONG CONTRACTING, LLC

Dated:              01/23/24

The undersigned hereby acknowledges receipt of the sum of $80,011.81

CHECK ONE

1)      ____x_____  As partial payment for labor, skill and material furnished

2)      _____   As payment for all labor, skill and material furnished or to be
                      furnished or to be furnished (except the sum of $_____
                      retainage or holdback.

3)      _____   As full and final payment for all labor, skill and material
                      furnished or to be furnished

to the following described real property:   (legal description, street address or project name)

   5062 Arrowhead Place                            WR 4-5 #18

   Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:     WINDSONG CONTRACTING, LLC

Dated:           12/22/23

The undersigned hereby acknowledges receipt of the sum of $20,888.26

CHECK ONE

1)     ____X_____     As partial payment for labor, skill and material furnished

2)     _____     As payment for all labor, skill and material furnished or to be
                      furnished or to be furnished (except the sum of $_____
                      retainage or holdback.

3)     _____     As full and final payment for all labor, skill and material
                      furnished or to be furnished

to the following described real property:   (legal description, street address or project name)

   5062 Arrowhead Place                         WR 4-5 #17

   Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:   _____

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:       WINDSONG CONTRACTING, LLC

Dated: 10/13/23

The undersigned hereby acknowledges receipt of the sum of $31,786.48

CHECK ONE

1)        ____x_____       As partial payment for labor, skill and material furnished

2)        _____       As payment for all labor, skill and material furnished or to be
                           furnished or to be furnished (except the sum of $_____
                           retainage or holdback.

3)        _____        As full and final payment for all labor, skill and material
                           furnished or to be furnished

to the following described real property:   (legal description, street address or project name)

   5062 Arrowhead Place                                    WR 4-5 #10

   Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:     WINDSONG CONTRACTING, LLC

Dated: 08/04/2023

The undersigned hereby acknowledges receipt of the sum of $18,163.72

CHECK ONE

1)        ____x_____   As partial payment for labor, skill and material furnished

2)        _____   As payment for all labor, skill and material furnished or to be
                        furnished or to be furnished (except the sum of $_____
                        retainage or holdback.

3)        _____   As full and final payment for all labor, skill and material
                        furnished or to be furnished

to the following described real property:   (legal description, street address or project name)

5062 Arrowhead Place                              WR L17 #5

Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if Item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By: _____

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:     WINDSONG CONTRACTING, LLC

Dated: 07/18/2023

The undersigned hereby acknowledges receipt of the sum of $56,307.50

CHECK ONE

1)  _____x_____  As partial payment for labor, skill and material furnished

2)  _____  As payment for all labor, skill and material furnished or to be
    furnished or to be furnished (except the sum of $_____
    retainage or holdback.

3)  _____  As full and final payment for all labor, skill and material
    furnished or to be furnished

to the following described real property:   (legal description, street address or project name)

5062 Arrowhead Place                              WR L17 #4

Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if Item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By:  _____

Title:   Owner



## RECEIPT AND WAIVER OF LIEN RIGHTS

Vendor Name:    WINDSONG CONTRACTING, LLC

Dated: TBD

The undersigned hereby acknowledges receipt of the sum of $ Draw#1

CHECK ONE

1) ____x_____   As partial payment for labor, skill and material furnished

2) _____   As payment for all labor, skill and material furnished or to be
                 furnished or to be furnished (except the sum of $_____
                 retainage or holdback.

3) _____   As full and final payment for all labor, skill and material
                 furnished or to be furnished

to the following described real property:   (legal description, street address or project name)

IN PERMITTING                                          WR L17

Williston, ND 58801

And for value received hereby waives all rights acquired by the undersigned to file or record
mechanic's liens against said real property for labor, skill or material furnished to said real
property (only for the amount paid if item 1 is checked, and except for retainage shown if Item
2 is checked).  The undersigned affirms that all materials furnished by the undersigned has
been paid for, and all subcontractors employed by the undersigned have been paid in full.

ACCEPTED:

By: _____

Title:   Owner

## UNITED STATES BANKRUPTCY COURT
## DISTRICT COURT OF NORTH DAKOTA

\* \* \* \* \*

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30154 |
| | ) | |
| | ) | Chapter 7 |
| Michael P. Dolbec | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Beacon Sales Acquisitions, Inc. | ) | Adversary Proceeding No. 25-07022 |
| | ) | |
| | ) | |
| Plaintiff. | ) | |
| vs. | ) | |
| | ) | |
| Michael P. Dolbec | ) | |
| | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

### (11 U.S.C. 523(A)(2) AND 523(A)(6))

Ryan G. Quarne, being first duly sworn upon oath, deposes and says that she is of leagal age and not a party to the above-entitled matter.

On November26th, 2025, affiant cause the following documents:

**Amended Complaint to Determine Non-Dischargeability of Debt with Exhibits A and B**

to be served electronically on ECF Filing Participants

Subscribed and sworn to before me this 26th day of November, 2025.

OLSON & BURNS, P.C.

*/s/ Ryan G. Quarne*

Ryan G. Quarne (ND Bar #07618)
Attorney for Beacon Sales Acquisitions, Inc.
PO Box 1180
Minot, ND 58702-1180
(701) 839-1740
rgquarne@minotlaw.com