**UNITED STATES BANKRUPTCY COURT**
**DISTRICT COURT OF NORTH DAKOTA**

**\* \*  \* \* \***

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30154 |
| | ) | |
| | ) | Chapter 7 |
| Michael P. Dolbec | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Beacon Sales Acquisitions, Inc. | ) | Adversary Proceeding No. 25-07022 |
| | ) | |
| | ) | |
| Plaintiff. | ) | |
| vs. | ) | |
| | ) | |
| Michael P. Dolbec | ) | |
| | ) | |
| Defendant | ) | |

**STIPULATION FOR EXTENSION OF DEADLINE TO FILE DISCOVERY MOTIONS**

1.0    This Stipulation is entered into between the Debtor and Defendant, Michael P. Dolbec ("Dolbec"), by and through his attorney of record, Christianna Cathcart, and Beacon Sales Acquisitions, Inc. ("Beacon") and its attorney of record, Ryan G. Quarne.  Whereas, on December 16, 2025, the parties stipulated to, and the Court entered an order providing

Olson & Burns P.C.

P.O. Box 1180                                                                                                Page 1

Minot, ND 58702-1180                                                                                        550.387.014

among other things that the parties are to have until 7/14/2026 to complete fact and expert discovery and file expert motions.

2.0   On July 14, 2026 – the parties stipulated to and the court ordered that the parties would have until 8/14/2026 to complete to complete fact depositions, and to file any necessary discovery motions.  As a part of the discovery responses, Beacon sought certain business records that it alleges are in the control or possession of the Debtor.  Debtor has indicated in discovery responses that the documents requested are in another entity's possession, and in deposition testimony on August 10, 2026, Debtor indicated that these records, in addition to being in the possession of his prior bank, may also be in the possession of a company who maintained a server.  The parties seek additional time to make good faith efforts to cooperate in obtaining the documents sought, and as a result wish to formally extend the discovery deadlines for the limited purpose of obtaining said information, and if needed making any related or necessary discovery motions.

3.0   Good Cause exists for granting this extension, as the Federal Rules of Civil Procedure require parties cooperate in good faith to attempt to obtain information requested via discovery without court intervention.  The parties seek to extend discovery deadlines until August 31, 2026, and related discovery motions to September 7, 2026.  This gives the parties time to coordinate and attempt to retrieve the requested documents without court intervention.

4.0   Now therefore, it is hereby stipulated that the parties agree that the Scheduling and Discovery Order is modified that the parties are allowed until 8/31/2026 to complete fact depositions, and until 9/7/2026 to file any necessary discovery motions.

**5.0**　　The parties respectfully request that the Court enter an order approving this stipulation and extending the deadlines as stipulated to herein.

Dated this 14th day of August, 2026

OLSON & BURNS P.C.

/s/ Ryan G. Quarne
Ryan G. Quarne (ID #07618)
Attorney for Plaintiff
17 First Avenue SE
P.O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
rgquarne@minotlaw.com

Dated this 14th day of August, 2026

The Dakota Bankruptcy Firm

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
Christianna@dakotabankruptcy.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served

electronically upon filing via the ECF system on this 14th day of August, 2026

OLSON & BURNS P.C.

/s/Ryan G. Quarne
Ryan G. Quarne (ID #07618)
Attorney for Plaintiff
17 First Avenue SE
P.O. Box 1180
Minot, ND 58702-1180
(701) 839-1740

rgquarne@minotlaw.com