**UNITED STATES BANKRUPTCY COURT**
**DISTRICT COURT OF NORTH DAKOTA**

* * * * *

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30154 |
| | ) | |
| | ) | Chapter 7 |
| Michael P. Dolbec | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Beacon Sales Acquisitions, Inc. | ) | Adversary Proceeding No. 25-07022 |
| | ) | |
| | ) | |
| Plaintiff. | ) | |
| vs. | ) | |
| | ) | |
| Michael P. Dolbec | ) | |
| | ) | |
| Defendant | ) | |

**STIPULATION FOR EXTENSION OF DEADLINE TO FILE DISCOVERY MOTIONS**

**1.0** This Stipulation is entered into between the Debtor and Defendant, Michael P. Dolbec ("Dolbec"), by and through his attorney of record, Christianna Cathcart, and Beacon Sales Acquisitions, Inc. ("Beacon") and its attorney of record, Ryan G. Quarne. Whereas, on December 16, 2025, the parties stipulated to, and the Court entered an order providing

among other things that the parties are to have until 7/14/2026 to complete fact and expert discovery and file expert motions.

**2.0** On July 14, 2026 – the parties stipulated to and the court ordered that the parties would have until 8/14/2026 to complete to complete fact depositions, and to file any necessary discovery motions. The parties subsequently further stipulated, and the court ordered, that the Court would have until August 31, 2026 to complete discovery, and related discovery motions to would be required by September 7, 2026. In particular Beacon has sought banking or business records that Dolbec contends are in the control of third parties. The parties have continued to make good faith efforts to cooperate in obtaining the records requested, in particular Debtor has made efforts to obtain the records from third parties via direct communication.

**3.0** The third parties have not yet produced responsive documents, and the Plaintiff and Defendant seek to cooperate in obtaining them without further court involvement. Accordingly, the parties wish to stipulate that the parties shall have until September 30th, 2026 to file any discovery related motions, should it become necessary. The parties are not seeking to extend the general discovery deadline or any other deadlines, but do stipulate that either party may issue subpoena duces tecums to third parties to obtain the discovery being sought by Beacon Sales Acquisitions provided that any response deadlines for said subpoenas should come due on or before September 25, 2026.

**4.0** Good Cause exists for granting this extension, and limited additional discovery through subpoenas of third parties if necessary as the Federal Rules of Civil Procedure require parties cooperate in good faith to attempt to obtain information requested via discovery

without court intervention. Beacon asserts that the requested records are directly relevant to its claims and assertions in this matter. The parties acknowledge that the deadlines sought may bring this matter close to the current trial date on this matter in November, 2026. However, it is anticipated that if the documents are produced and any discovery disputes are resolved in September, then the parties will remain prepared to proceed to trial as scheduled.

**5.0** Now therefore, it is hereby stipulated that the parties agree that the Scheduling and Discovery Order is modified that the parties are allowed to serve Subpoena Duces Tecums, provided any responses must be due on or before 9/25/26, and the parties are allowed until 9/30/2026 to file any necessary discovery motions.

**6.0** The parties respectfully request that the Court enter an order approving this stipulation and extending the deadlines as stipulated to herein.

Dated this 31st day of August, 2026

OLSON & BURNS P.C.

/s/ Ryan G. Quarne
Ryan G. Quarne (ID #07618)
Attorney for Plaintiff
17 First Avenue SE
P.O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
rgquarne@minotlaw.com

Dated this 31st day of August, 2026

The Dakota Bankruptcy Firm

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
Christianna@dakotabankruptcy.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served electronically upon filing via the ECF system on this 31st day of August, 2026

OLSON & BURNS P.C.

/s/Ryan G. Quarne
Ryan G. Quarne (ID #07618)
Attorney for Plaintiff
17 First Avenue SE
P.O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
rgquarne@minotlaw.com