UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re: Bankruptcy No. 25-30154
Chapter 7

Michael P. Dolbec,

Debtor.
_______________________________________/

Beacon Sales Acquisitions, Inc.,

Plaintiff,

vs. Adversary No. 25-07022

Michael P. Dolbec,

Defendant.
_______________________________________/

**THIRD AMENDED SCHEDULING AND DISCOVERY ORDER**

1. The parties shall make Rule 26(a)(1) disclosures by **1/30/2026** [Summarize any agreements on the subject matter, timing and form of Rule 26(a)(a) disclosures, but do not submit the disclosures to the Court].[1]
2. Jurisdiction of this Court is not disputed. The parties do not dispute that this Court has authority to enter a final order in this case.
3. The parties shall have until **4/15/2026** to provide the names and complete reports of expert witnesses required to provide written reports under Rule 26(a)(2). The party seeking to call an expert witness must serve the expert report(s) on other parties, but the party should not file the report with the Court. Counsel are reminded of their duty to timely supplement disclosures and discovery responses pursuant to Rule 26(e).
4. Rebuttal expert reports must be served not later than **5/15/2026**.

[1] Rules 16, 26, 30, 33 of the Federal Rules of Civil Procedures apply in bankruptcy adversary proceedings. See Federal Rules of Bankruptcy Procedure 7016, 7026, 7030, 7033.

5. The parties shall have until **8/31/2026** to complete fact and expert discovery and to file discovery motions. No party shall be required to respond to any discovery request which falls due after this date.

6. Any Subpoena Duces Tecum must be served sufficiently early to ensure the deadline to respond is not later than **09/25/2026**.

7. The parties shall have until **9/30/2026** to file dispositive motions (summary judgment as to all or part of the case).

8. Depositions taken for presentation at trial shall be completed at least **14** days before trial.

9. The estimated length of trial is **2** days.

Dated: September 1, 2026.

Shon Hastings

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT