**UNITED STATES BANKRUPTCY COURT**
**DISTRICT COURT OF NORTH DAKOTA**

* * * * *

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30154 |
| | ) | |
| | ) | Chapter 7 |
| Michael P. Dolbec | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Beacon Sales Acquisitions, Inc. | ) | Adversary Proceeding No. 25-07022 |
| | ) | |
| | ) | |
| Plaintiff. | ) | |
| vs. | ) | |
| | ) | |
| Michael P. Dolbec | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO CONTINUE TRIAL AND FOR EXTENSION OF DEADLINE TO FILE DISCOVERY MOTIONS

**1.0** Comes now Plaintiff Beacon Sales Acquisitions, Inc., and make a Motion for Continuance of Trial and Extension of Deadline to File Discovery Motion, by and through its attorney of record, Ryan G. Quarne. Beacon requests a continuance of the trial scheduled for November 12, and 13th, 2026, along with associated deadlines for its

pretrial conference and briefs. Beacon also request an extension for the deadline to file motions to compel production.

2.0 Whereas, on December 16, 2025, the parties stipulated to, and the Court entered an order providing among other things that the parties are to have until 7/14/2026 to complete fact and expert discovery and file expert motions. The parties have entered into several modifications of the discovery order in order to obtain the requested information.

3.0 The parties have been working to obtain certain discovery regarding business and banking records that are relevant to the parties claims and defenses. At this stage, Dolbec has made requests of third parties via direct communication, and the parties have attempted to serve subpoena duces tecums on entities. Beacon has completed service of its subpoenas, at this point Dolbec has not completed service. Provided however, that one of the entities has committed to producing the requested information shortly. As of this morning, certain information has been produced, but the undersigned has not had an opportunity to do a review of what has been provided, as he is in the process of reviewing and preparing for a pending summary judgment hearing. The other, a finance institution, has requested 15 business days to produce the requested information.

4.0 The information requested relates to and is important to the claims and defenses raised by the parties in the lawsuit. There is concern however, that potentially voluminous banking records being provided several weeks before trial, along with the nature of the information obtained this will make it difficult to complete preparation, as well as potentially to conduct settlement discussions.

**5.0** Good Cause exists for granting this extension, as the parties have cooperated in good faith to complete discovery. However, as the remaining documents have yet to be produced, and trial is approximately a month a way, Beacon respectfully request that a short continuance be granted on the trial – preferably to the Court's next available trial date in December. Beacon requests that the motion deadline on discovery matters be set 30 days before trial.

**6.0** Beacon respectfully request that the Court enter an order approving this stipulation and motion and extending the deadlines as stipulated to herein.

Dated this 30th day of September, 2026

OLSON & BURNS P.C.

/s/ Ryan G. Quarne
Ryan G. Quarne (ID #07618)
Attorney for Plaintiff
17 First Avenue SE
P.O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
rgquarne@minotlaw.com

Dated this 30th day of September, 2026

The Dakota Bankruptcy Firm:
**Seen and No Objection**

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24

Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
Christianna@dakotabankruptcy.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served electronically upon filing via the ECF system on this Dated this 29th day of September, 2026

OLSON & BURNS P.C.

/s/Ryan G. Quarne
Ryan G. Quarne (ID #07618)
Attorney for Plaintiff
17 First Avenue SE
P.O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
rgquarne@minotlaw.com