United States Bankruptcy Court
District of North Dakota

Beacon Sales Acquisitions, Inc.,
Plaintiff

Adv. Proc. No. 25-07022-skh

Dolbec,
Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 01, 2026 | Form ID: pdf2some | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Beacon Sales Acquisitions, Inc., 505 Huntmar Park Dr., Suite 300, Hendon, VA 20170-5152 |
| dft | + | Michael P. Dolbec, 503 Greenfield Ln, Bismarck, ND 58503-8252 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christianna A. Cathcart | on behalf of Defendant Michael P. Dolbec christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Maurice VerStandig | on behalf of Defendant Michael P. Dolbec mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Ryan G Quarne | on behalf of Plaintiff Beacon Sales Acquisitions Inc. rgquarne@minotlaw.com |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Bankruptcy No. 25-30154
Chapter 7

Michael P. Dolbec,

Debtor.

Beacon Sales Acquisitions, Inc.,

Plaintiff,

vs.

Adversary No. 25-07022

Michael P. Dolbec,

Defendant.

**FOURTH AMENDED SCHEDULING AND DISCOVERY ORDER**

1. The parties shall make Rule 26(a)(1) disclosures by **1/30/2026** [Summarize any agreements on the subject matter, timing and form of Rule 26(a)(a) disclosures, but do not submit the disclosures to the Court].[1]
2. Jurisdiction of this Court is not disputed. The parties do not dispute that this Court has authority to enter a final order in this case.
3. The parties shall have until **4/15/2026** to provide the names and complete reports of expert witnesses required to provide written reports under Rule 26(a)(2). The party seeking to call an expert witness must serve the expert report(s) on other parties, but the party should not file the report with the Court.

[1] Rules 16, 26, 30, 33 of the Federal Rules of Civil Procedures apply in bankruptcy adversary proceedings. See Federal Rules of Bankruptcy Procedure 7016, 7026, 7030, 7033.

Counsel are reminded of their duty to timely supplement disclosures and discovery responses pursuant to Rule 26(e).

4. Rebuttal expert reports must be served not later than **5/15/2026**.
5. The parties shall have until **10/30/2026** to complete fact and expert discovery and to file discovery motions. No party shall be required to respond to any discovery request which falls due after this date.
6. Any Subpoena Duces Tecum must be served sufficiently early to ensure the deadline to respond is not later than **10/30/2026**.
7. The parties shall have until **9/30/2026** to file dispositive motions (summary judgment as to all or part of the case).
8. Depositions taken for presentation at trial shall be completed at least **14** days before trial.
9. The estimated length of trial is **2** days.

Dated: October 1, 2026.

Shon Hastings

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT