**UNITED STATES BANKRUPTCY COURT**
**DISTRICT COURT OF NORTH DAKOTA**

* * * * *

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30154 |
| | ) | |
| | ) | Chapter 7 |
| Michael P. Dolbec | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Beacon Sales Acquisitions, Inc. | ) | Adversary Proceeding No. 25-07022 |
| | ) | |
| | ) | |
| Plaintiff. | ) | |
| vs. | ) | |
| | ) | |
| Michael P. Dolbec | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES

**1.0** This Stipulation is entered into between the Debtor and Defendant, Michael P. Dolbec ("Dolbec"), by and through his attorney of record, Christianna Cathcart, and Beacon Sales Acquisitions, Inc. ("Beacon") and its attorney of record, Ryan G. Quarne. Whereas, on December 16, 2025, the Court entered a pretrial order, providing for various pretrial deadlines including, but not limited to requiring that exhibits be exchanged and deposition portions be disclosed not later than two weeks in advance of trial. The parties have reached

an agreement in principal on terms for a settlement of the matter, subject to execution of settlement paperwork, and court approval of the settlement.

**2.0** Accordingly, the parties seek to stay or extend pending pretrial deadlines for exhibit disclosure, deposition designations, pretrial briefing, or other pending deadlines until such time as the parties can complete there settlement paperwork and execution, and the Court can schedule a hearing on the proposed settlement agreement for approval. The parties intend to be able to provide an update, or file a copy of a proposed settlement on or before the currently scheduled pretrial conference set for November 5, 2026.

**3.0** Good Cause exists for granting this extension, as the parties have resolved the matter and simply seek additional time to complete and execute a written agreement formalizing the matter, and to submit it before the Court for approval.

**4.0** Now therefore, it is hereby stipulated that the parties agree that the Scheduling and Discovery Order is modified such that pending deadlines for exhibit disclosure, deposition designation, and pretrial briefing are continued until a further date to be set by the court, or alternatively that the October 29th, 2026 deadlines, and any duty to confer prior to the November 5, 2026 pretrial conference be continued until November 6, 2026.

**5.0** The parties respectfully request that the Court enter an order approving this stipulation and extending the deadlines as stipulated to herein.

*[Signature on Following Page]*

Dated this 29th day of October, 2026

OLSON & BURNS P.C.

/s/ Ryan G. Quarne
Ryan G. Quarne (ID #07618)
Attorney for Plaintiff
17 First Avenue SE
P.O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
rgquarne@minotlaw.com

Dated this 29th day of October, 2026

The Dakota Bankruptcy Firm

*/s/ Christianna A. Cathcart*
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
Christianna@dakotabankruptcy.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served electronically upon filing via the ECF system on this 29th day of October, 2026

OLSON & BURNS P.C.

/s/Ryan G. Quarne
Ryan G. Quarne (ID #07618)
Attorney for Plaintiff
17 First Avenue SE
P.O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
rgquarne@minotlaw.com